AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| **In the Matter of the Search of** ) <br> the Priority Mail parcel bearing tracking number **9505 5136** ) <br> **4111 6104 6672 12** addressed to: "Ben Edwards 1221 San ) <br> Jacinto ct St. louis, MO 63139" with a return address of ) <br> "Latrell Simms 888 N 4th St Phoenix, AZ 85004." ) <br> ) <br> ) | Case No. 4:26 MJ 9105 RHH <br><br> ) SUBMITTED TO THE COURT AND <br> ) SIGNED BY RELIABLE ELECTRONIC MEANS |

## APPLICATION FOR A SEARCH WARRANT

I, __Nicholas J. Masterson__, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

the Priority Mail parcel bearing tracking number **9505 5136 4111 6104 6672 12** addressed to: "Ben Edwards 1221 San Jacinto ct St. louis, MO 63139" with a return address of "Latrell Simms 888 N 4th St Phoenix, AZ 85004."

located in the _____ EASTERN _____ District of _____ MISSOURI _____, there is now concealed

controlled substances and/or United States currency.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ✓ evidence of a crime;
- ✓ contraband, fruits of crime, or other items illegally possessed;
- ✓ property designed for use, intended for use, or used in committing a crime;
- ❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., §§ 841(a)(1), 846 <br> Title 18, U.S.C., §§ 1952, 1956, 1957 | Conspiracy and possession with intent to distribute <br> controlled substance(s); money laundering |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

- ✓ Continued on the attached sheet.
- ❑ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

**I state under the penalty of perjury that the foregoing is true and correct.**

_____
Nicholas J. Masterson, Postal Inspector
United States Postal Inspection Service
*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: __April 20, 2026_____

_____
*Judge's signature*

City and State: __St. Louis, MO_____

Hon. Rodney H. Holmes, U.S. Magistrate Judge
*Printed name and title*
AUSA: JOHN MANTOVANI

AFFIDAVIT

I, Nicholas J. Masterson, being duly sworn, state the following:

1.    I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the opening and examination of a parcel -USPS Priority Mail parcel bearing tracking number **9505 5136 4111 6104 6672 12** which is currently in law enforcement possession, and seizure of controlled substances, drug packaging materials and/or U.S. currency from the parcel.

2.    I am a Postal Inspector with the United States Postal Inspection Service (USPIS).  I have been employed as a Postal Inspector with USPIS since June 2024.  I have been assigned to the Contraband Interdiction and Investigation (CI2) Team.  I have completed available training by the USPIS in the investigation of controlled substances or proceeds/payments being transported through the United States. The St. Louis Field Office's CI2 Team has intercepted numerous parcels which were found to contain narcotics or proceeds of narcotics trafficking and other criminal activity.  Prior to my employment with the USPIS, I have accrued approximately thirteen years of law enforcement experience with the O'Fallon (MO) Police Department and the Springfield (MO) Police Department. During my law enforcement career, I have conducted numerous narcotics investigations.  I was assigned to the USPIS CI2 Team as a Task Force Officer (TFO) which was a position I held for approximately three and half years.  I was also a Narcotics Detective with the St. Charles County Regional Drug Task Force which was a position I held for approximately one and a half years. While assigned as a Detective, I received extensive training in narcotics investigations and money laundering investigations.

3.    Experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that the U.S. Postal Service Express Mail and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments.  Use of Express Mail and Priority Mail are favored because of the speed (Express Mail - overnight; Priority mail - two day delivery), reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Express Mail was originally intended for urgent, business-to-business, correspondence.  Intelligence from prior packages, which were found to contain controlled substances or proceeds/payments, has indicated that these labels are usually from an individual to an individual.  Express Mail and Priority Mail are seldom used for individual to individual correspondence.

4.    Information gathered by the USPIS has also demonstrated that other delivery couriers, such as Federal Express and United Parcel Service, are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Information gathered by the USPIS has demonstrated that the services and delivery practices of Federal Express and United Parcel Service are similar to U.S. Postal Service Express Mail and Priority Mail.  Like U.S. Postal Service Express Mail and Priority Mail, Federal

Express and United Parcel Service are favored because of the speed, reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service were originally intended for urgent, business-to-business, correspondence. However, intelligence from prior packages which were found to contain controlled substances or proceeds/payments, has indicated that these shipping labels are usually from an individual to an individual. Federal Express and United Parcel Service are seldom utilized to convey individual-to-individual correspondence.

5.      In an effort to combat the flow of controlled substances through the overnight or two to three day delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known sources of, and destinations for, controlled substances. The USPIS conducted an analysis of prior packages mailed through overnight and/or two to three day delivery services that contained controlled substances or proceeds/payments of controlled substance sales. The analysis of those prior packages indicated that these labels are usually from an individual to an individual. In the few cases when overnight, and or two to three day delivery service packages containing controlled substances or proceeds/payments have displayed a business or company name, it has usually proven to be a fictitious business or company, or the business listed is not associated with the mailer and was randomly selected by the mailer to deter law enforcement detection. In such instances, Postal Inspectors review available business records to verify the postage payment utilized by the mailer.

6.      Most business mailings sent via USPS or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage. Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order narcotics via the internet) the USPIS learned that unknown persons posted intelligence on the Silk Road website warning would be drug mailers that most USPIS search warrant affidavits for narcotics/narcotics proceeds packages, reflect mailing labels written as person-to-person and bore fictitious addressee and sender names. Due to the posting on the Silk Road Website, USPIS has noticed an increased number of packages utilizing valid sender and addressee names and or valid business names on narcotics/narcotics proceeds packages. Recent analysis has also shown that whether the mailer utilized a legitimate name/business on a mailing label or a fictitious name on the mailing label, cash payment for postage is the method of payment for most narcotics/narcotics proceeds parcels. USPIS analysis has established a series of characteristics which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, U.S. Postal Service Priority Mail, Federal Express, and United Parcel Service.

This profile includes the following characteristics: package mailed from or addressed to a narcotic source city; package has a fictitious return address; package addressee name is unknown at the destination address; package sender name is unknown at the return address; package has address information which is handwritten; package is mailed from a Commercial Mail Receiving Agency (CMRA); package is addressed to residential areas; package is addressed from an individual to an individual; packages are wrapped in brown paper and/or heavily taped; and the ZIP Code from where the package is mailed is different than the ZIP Code used in the return address, and or any other characteristic previously noted in this paragraph.

7.    The U.S. Postal Inspection Service St. Louis Field Office's CI2 Team has found the characteristics listed in the above paragraphs are indicative of packages, which have been found to contain illegal controlled substances or the proceeds/payments for controlled substances.

8.    This affidavit is submitted for the limited purpose of establishing probable cause for the search warrant sought. I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient for the present purpose. The information contained in this affidavit is based upon my personal knowledge and investigation, my training and experience, and information conveyed to me by other law enforcement agents and employees.

9.    On Friday, April 17, 2026, I responded to the St. Louis Network Distribution Center (NDC) located in Hazelwood, Missouri to review incoming USPS Priority Mail parcels. During that review, I located USPS Priority Mail parcel bearing tracking number **9505 5136 4111 6104 6672 12**, hereafter known as the **Subject Parcel**, which was addressed to 1221 San Jacinto Court, St. Louis, Missouri 63139 and mailed from the Phoenix, Arizona 85004 Post Office on April 14, 2026.

10.    The **Subject Parcel** bores a hand-written label, addressed from Phoenix, Arizona (based on my training and experience I know Arizona is a source state for illegal narcotics), addressed person to person, and the postage and fees were $25.00 (paid in cash according to USPS business records). The **Subject Parcel** was addressed to: "Ben Edwards 1221 San Jacinto ct St. louis, MO 63139," and addressed from: "Latrell Simms 888 N 4th St Phoenix, AZ 85004." A review of available USPS, law enforcement, and open-source databases determined 1221 San Jacinto Court, St. Louis, Missouri 63139 was an existing, deliverable address recognized by the USPS; however I was unable to associate a "Ben Edwards" to the address. A review of available USPS, law enforcement, and open-source databases determined 888 N. 4th Street was a large apartment complex which was an existing, deliverable address recognized by the USPS; however, I was unable to associate the name "Latrell Simms" to any apartments within the complex. Based on my training and experience, I know narcotic traffickers have utilized fictious or altered information on the labels to attempt to avoid detection from law enforcement.

11.    A review of USPS business records revealed the **Subject Parcel** was the third USPS parcel mailed 1221 San Jacinto Court, St. Louis, Missouri 63139 in the previous year from Phoenix, Arizona.

12.    I maintained custody of the **Subject Parcel** pending examination of the parcel by a narcotic-trained canine. On the same day, April 17, 2026, I contacted TFO Mason McNail, K-9 Handler employed by the North County Police Cooperative. TFO McNail responded to a predetermined location located in the Eastern District of Missouri and was accompanied by his narcotic-trained canine, Tobi . The **Subject Parcel** was placed in an area not known to have been previously contaminated by a narcotic odor. TFO McNail had Tobi search this area. Upon arriving at the **Subject Parcel**, TFO McNail advised that canine, Tobi, reacted in a positive manner, which I observed, indicating the presence of a narcotic odor.

13.    The **Subject Parcel** is a brown cardboard box with USPS Priority Mail label bearing tracking number **9505 5136 4111 6104 6672 12** affixed to it. The **Subject Parcel** measures approximately fifteen inches, by twelve inches, by ten inches (15" x 12" x 10") and weighs approximately four (4) pounds and two point nine (2.9) ounces. Based on my training and experience, as well as the training and experience of other members of the USPIS Saint Louis CI2 Team, I know that the size and weight of the **Subject Parcel**, coupled with other indicators (i.e. handwritten label; sender does not associate to the address; recipient does not associate to the address; postage paid in cash and a positive reaction by a narcotic trained canine), are indicative of other packages which have been found in the past to contain narcotic substances, or monies which are the proceeds/payments of narcotic trafficking. Consequently, I believe the parcel contains contraband and/or evidence in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Sections 1952, 1956, and 1957.

14.    The **Subject Parcel** is currently in the custody of USPIS Postal Inspector Nicholas J. Masterson in the Eastern District of Missouri. Attached herewith is a picture of the mailing label for USPS Priority Mail parcel **9505 5136 4111 6104 6672 12** and a copy of the qualifications for canine "Tobi."

15.    This affidavit discusses an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal this affidavit because its premature disclosure may give targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

I state under penalty of perjury that the foregoing is true and correct.

_____
Nicholas J. Masterson
USPIS Postal Inspector

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 this __20th__ day of April, 2026.

_____
RODNEY H. HOLMES
United States Magistrate Judge
Eastern District of Missouri



**North County Police Cooperative**
Bureau of Criminal Investigations Canine Detective
Canine Probable Cause Affidavit of Qualifications
Handler: Detective Mason McNail, DSN 373
Canine "Tobi"

I, Detective Mason McNail, DSN 373, have been a Commissioned Police Officer with the North County Police Cooperative since January of 2021.  I have previously amassed approximately 28 years of police and narcotics experience while employed by the North County Police Cooperative, Lincoln County Sheriff's Office, Richmond Heights Police Department, and the St. Ann Police Department. I was also assigned to the Drug Enforcement Administration as a Task Force Officer from 2013 to 2017.  I have completed 960 hours of Missouri P.O.S.T. required Law Enforcement Academy requirements.  Canine "Tobi" and I are currently assigned to the North County Police Cooperative Bureau of Criminal Investigations, as well as the United States Postal Inspection Service.

Canine Tobi is a brindle colored, male, Dutch Shepherd. He was born on June 10, 2018.  Canine Tobi and I attended and completed the "Narcotics Detection" training course from August 2, 2020 through August 14, 2020.  This course was held at F.M. K9, located in Berrien Center, Michigan. The training course consisted of two weeks of instruction in the application of canine obedience, narcotics/controlled substance detection, and article search.  Canine Tobi and I were last certified by the International Police Work Dog Association (IPWDA) as an accredited Narcotic Detection Canine team on August 6, 2025.

Canine Tobi has been trained to sniff and alert to the distinctive odors of controlled substances including: Heroin, Cocaine, Methamphetamine, and Marijuana.  Canine Tobi alerts to these odors in a passive manner and exhibits a significant change in behavior by sitting, standing, or laying at, or as close as he can get to, the source of the odor.

Since Canine Tobi and I began working, he has been responsible for the seizure of 625 pounds of marijuana, 362 pounds of methamphetamine, 83.3 pounds of fentanyl, 41.37 pounds of cocaine, 2.8 grams of LSD, 55 pounds of Psilocybin, 19 pounds of Promethazine, 5.6 pounds of Ecstasy, 16 grams of heroin, 56.7 grams of crack cocaine, 2.1 pounds of Xanax, 3.8 grams of Ketamine, 5 pounds of gunpowder, and 15 firearms.  All weights are approximate.  Canine Tobi has also been responsible for the seizure of approximately $1,366,381 in smuggled bulk US Currency and Money Orders.

Canine Tobi and I train a minimum of 16 hours per month, in the areas of narcotic detection, obedience, tracking, and article searches with the St. Louis County Police Department, certified trainers, other canine programs, and/or on our own time.

This affidavit is current as of August 10, 2025.

Detective Mason McNail, DSN 373
North County Police Cooperative
Bureau of Criminal Investigations
8027 Page
St. Louis, MO
314-427-8000